

AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

Jose Estrada-Ceja

**WAIVER OF INDICTMENT**

08cr1976·Ben

CASE NUMBER: 08mj1587jma

I, Jose Estrada-Ceja, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **June 18, 2008** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JOSE ESTRADA-CEZA
Defendant

_____
Counsel for Defendant

Before _____
Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd