William W. Brown    Bar. No. 159288
BROWN &ASSOCIATES
Emerald Plaza Twentieth Floor
402 West Broadway, Suite 2010
San Diego, California 92101-3554
(619) 501-4242; (619) 374-2336 facsimile
bawwb@brownassociateslaw.com
Attorneys for: **Jose' Estrada-Ceja**

# U N I T E D   S T A T E S   D I S T R I C T   C O U R T

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. ROGER T. BENITEZ)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) Case No.    **08CR1976-BEN** |
| Plaintiff, | ) **JOINT MOTION TO CONTINUE** |
| | ) **SENTENCING HEARING; SUPPORTING** |
| v. | ) **DECLARATION OF COUNSEL** |
| **JOSE' ESTRADA-CEJA**, | ) Hearing Date: **September 12, 2008** |
| Defendant. | ) Hearing Time: **9:00 AM** |
| | ) Courtroom:    **3 (4TH Flr-BEN)** |

**THE PARTIES JOINTLY MOVE THIS COURT** for an order continuing the

sentencing hearing in the above-captioned case from September 12, 2008 at 9:00 AM to

September 29, 2008 at 9:00 AM.  The reasons for the continuance are set forth in the Declaration

of Counsel attached hereto.

Date: September 3, 2008.

___s/ William W. Brown_____
William W. Brown, BROWN & ASSOCIATES
Attorneys for **Jose' Estrada-Ceja**

Date: September 3, 2008

___s/ Gregory Noonan_____
ASSISTANT UNITED STATES ATTORNEY

THE LAW OFFICES OF
**BROWN & ASSOCIATES**
WWW.BROWNASSOCIATESLAW.COM

JMTCSent092908_ESTRADA-Ceja.doc

**DECLARATION OF COUNSEL IN SUPPORT OF STIPULATION TO CONTINUE SENTENCING HEARING**

I, William W. Brown, state:

1.  I am an attorney at law duly licensed to practice before all of the courts in the State of California, the United States District Court for the Southern District of California, the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court. I am appointed under the Criminal Justice Act, 18 U.S.C. § 3006A, to represent Jose' Estrada-Ceja.

2.  I am in the midst of trial before District Court Judge Larry A. Burns and will likely be in trial on September 8, 2008, the date for which the sentencing hearing is currently set. The Government estimates its case-in-chief may continue up through September 5, 2008.

3.  My client has no objection and will execute an acknowledgment of next court date within five days of the Court's approval of the continuance.

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.

Date: September 3, 2008.                     s/ William W. Brown
                                             WILLIAM W. BROWN

JMTCSent092908_ESTRADA-Ceja.doc

# CERTIFICATE OF SERVICE
*U.S. v. Estrada-Ceja*, 08CR1976-BEN

I, the undersigned, hereby certify that a copy of **JOINT MOTION TO CONTINUE SENTENCING HEARING** was:

☒　　**Filed via ECF System**: I, the undersigned, hereby certify that an original of **the above-referenced document(s)** was uploaded/ filed to the CM/ECF system in accordance with General Order 550 and Local Rule 49.1 and thus deposited with the Clerk of the United States District Court for the Southern District of California and delivered to Assistant United States Attorney, **Greg Noonan**.

☐　　**Personal Service of Copy to AUSA**: I, the undersigned, hereby certify that I personally delivered a true copy of the above-referenced document(s) to the receptionist of the Office of the United States Attorney for the Southern District of California for immediate delivery to Assistant United States Attorney, **Greg Noonan**.

☐　　**Personal Service of Original to Chambers**: I, the undersigned, hereby certify that I personally delivered the original of the above-referenced document(s) to the Chambers of the Honorable **Roger T. Benitez**.

☐　　**Facsimile Service of Courtesy Copy to AUSA**: I, the undersigned, caused a facsimile transmission a true copy of the above-referenced document(s) from 619-234-3655 to **Greg Noonan** at the Office of the United States Attorney for the Southern District of California, facsimile machine telephone number.

☐　　**Facsimile Service of Courtesy Copy to Chambers**: I, the undersigned, caused a facsimile transmission a true copy of the above-referenced document(s) from 619-234-3655 to the Chambers of the Honorable **Roger T. Benitez,** facsimile machine telephone number.

☐　　**Service by Mail [CivLR5.3]**: I, the undersigned, hereby certify that a true copy of the above-referenced document(s) was served upon all counsel of record by postage prepaid, first-class, United States Postal Service mail to there last known address at: SEE ATTACHED SERVICE LIST.

Executed on September 3, 2008, at San Diego, California.

　　　　　　　　　　　　　　　　　　s/ William W. Brown

JMTCSent092908_ESTRADA-Ceja.doc